SIMPSON et al., Appellants, v. SHERMAN NAT. BANK, Respondent. (Supreme Court,

Appellate Division, First Department. November 22, 1912.) Action by Robert H. Simpson and others against the Sherman National Bank. F. L. Crocker, of New York City, for appellants. W. A. Goodbody, for respondent. No opinion. Judgment affirmed, with costs. Order filed.